# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHRYN ACOSTA,

    Plaintiff,

vs.

AGELESS MEN'S HEALTH,

    Defendant.

Case No. 2:13-cv-00588-JCM-GWF

**ORDER**

Motion to Extend Discovery (#15)

This matter comes before the Court on Defendant's Motion to Extend the Scheduling Order (#15), filed on December 9, 2013. Plaintiff filed a Notice of Non-Opposition (#17) on December 18, 2013. Because the parties are in agreement and Defendant shows good cause for an extension,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time (#15) is **granted**. The following deadlines shall apply in this case:

(1) Last date to complete discovery: **March 14, 2014**

(2) Last date to file dispositive motions: **April 13, 2014**

(3) Last date to file joint pretrial order: **May 14, 2014**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions.

DATED this 19th day of December, 2013.

GEORGE FOLEY, JR.
United States Magistrate Judge