# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KATHRYN ACOSTA,

       Plaintiff(s),

v.

AGELESS MEN'S HEALTH,

       Defendant(s).

2:13-CV-588 JCM (GWF)

## ORDER

Presently before the court is defendant Ageless Men's Health's motion to extend the deadline to file dispositive motions in this case. (Doc. # 23).

Defendant states that the parties have reached a tentative resolution, but certain details still need to be resolved. Thus, defendant requests that the dispositive motion deadline be extended through August 29, 2014 in order to maintain the status quo in this case. Plaintiff filed a response indicating that she does not oppose this request. (Doc. # 24).

Good cause appearing,

IT IS HEREBY ORDERED ADJUDGED, AND DECREED that defendant Ageless Men's Health's motion to extend time, (doc. # 23), be, and the same hereby is, GRANTED. The parties shall have up to and including August 29, 2014, to file dispositive motions in this matter.

DATED July 9, 2014.

*James C. Mahan*

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**