FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411
E-Mail Address: smahoney@laborlawyers.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN ACOSTA, | ) |
| | ) Case No. 2:13-cv-00588-JCM-GWF |
| Plaintiff, | ) |
| | ) |
| vs. | ) **STIPULATION AND ORDER** |
| | ) **FOR DISMISSAL** |
| AGELESS MEN'S HEALTH, a foreign limited-liability company, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' respective counsel of record that this matter be dismissed with prejudice, with each party to bear

30329766

- 1 -

1   their own costs and attorney's fees.

2   FISHER & PHILLIPS LLP                    ENGLAND LAW OFFICE

4   By:  /s/ Scott M. Mahoney, Esq.          By: /s/ Kathleen J. England
5        Scott M. Mahoney, Esq.                  Kathleen J. England
         3800 Howard Hughes Parkway              630 S Third Street
6        Suite 950                                Las Vegas, NV 89101
         Las Vegas, Nevada 89169                  Attorney for Plaintiff
7        Attorneys for Defendant                  Ms. Kathryn Acosta
8        Ageless Men's Health

        IT IS SO ORDERED:

        _____
        UNITED STATES DISTRICT JUDGE

        Dated: February 13, 2015_____